UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| VICKI S. BRUNGARDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:09-CV-180-FL |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 28, 2010, that the Commissioner's decision is reversed, and this matter is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on August 2, 2010, and Copies To:**

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Eileen A. Farmer (via CM/ECF Notice of Electronic Filing)
Elisa Donahoe (via CM/ECF Notice of Electronic Filing)

August 2, 2010                    DENNIS P. IAVARONE, CLERK
                                   /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk